In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of TITLE GUARANTEE AND TRUST COMPANY, as Administrator with the Will Annexed and as Trustee of the Estate of JOHN SLATER,

Deceased. J. & J. SLATER, Appellant; CECELIA L. SLATER and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.